DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MIGUEL TIRADO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-2043

[April 25, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 12-004425-CF-10A.

James S. Lewis, Fort Lauderdale, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Mitchell A. Egber, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.* See *State v. Abreau*, 363 So. 2d 1063 (Fla. 1978) (where the omitted instruction relates to an offense two or more steps removed, the reviewing courts may properly find such error to be harmless).

LEVINE, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***